[No. 62618-3-I.   Division One.   January 4, 2010.]

VICTOR H. ROWE, *Appellant*, v. FREDRICK C. COLLINS ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-16068-1, Bruce E. Heller, J., entered October 17, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, A.C.J., and Lau, J.

[No. 62692-2-I.   Division One.   January 4, 2010.]

GILBERTO GUTIERREZ, *Respondent*, v. NORTHWEST HARDWOODS,
INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-08609-7, Eric Z. Lucas, J., entered November 5, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler, C.J., and Grosse, J.

[No. 63821-1-I.   Division One.   January 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD EUGENE
GUNDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05930-1, Thomas P. Larkin, J., entered April 18, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Appelwick, J.

[No. 38780-8-II.   Division Two.   January 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTEN LUIS
CAPUTO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04623-4, Thomas P. Larkin, J., entered January 5, 2009. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Quinn-Brintnall, JJ.